UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 17, 2012

_____

RECORD REQUEST
_____

No.   12-2003,        Stephen Yelverton v. Yelverton Farms, Ltd.
                     5:09-cv-00331-FL

TO:   Julie Richards

Please transmit the record in the above-referenced case to this office. If the record is transmitted in electronic form, please ensure that any paper or sealed portions of the record are also transmitted to this office. For appeals in criminal cases, the presentence report is required. If there is anything that will delay transmission of the record, please notify me.

Donna Lett, Deputy Clerk
804-916-2704