THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CV-52-BO

| | |
|---|---|
| STEVEN WAYNE THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER CANCELLING SETTLEMENT CONFERENCE** |
| R.V. HOLLY, *et al.*, | ) |
| Defendants. | ) |

THIS CAUSE is before the Court on Motion of Plaintiff to Cancel the Settlement Conference. It appears to the Court that good cause exists and that the Motion should be allowed.

IT IS THEREFORE ORDERED that the Settlement Conference in this matter scheduled for September 18, 2012 be cancelled.

This the 17th day of September, 2012.

_____
William A. Webb
United States Magistrate Judge