IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-52-BO

| | | |
|---|---|---|
| STEVEN WAYNE THOMAS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| R.V. HOLLY, et al., | ) | |
| Defendants. | ) | |

This cause comes before the Court on a joint motion for stay of all proceedings in light of

the remaining defendants' intention to petition for writ of certiorari to the United States Supreme

Court.

For good cause shown, the joint motion to stay [DE 133] is GRANTED. This matter is

hereby STAYED and the clerk is DIRECTED to remove this case from the Court's active docket.

The Court will lift the stay upon motion by any party following a ruling by the Supreme Court

either on the petition for writ of certiorari or, if applicable, the merits.


SO ORDERED, this _19_ day of September, 2013.


TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE