UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action 5:10-CV-52-BO

| | |
|---|---|
| STEVEN WAYNE THOMAS, </br></br> Plaintiff, </br></br> v. </br></br> R.V. HOLLY, *et al.*, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) **ORDER** </br> ) </br> ) </br> ) </br> ) </br> ) |

This cause comes before the Court on a Consent Motion to Require Mediation. For good cause shown, the Consent Motion is GRANTED. The Parties are ORDERED to mediate this matter on or before September 30, 2014, and to file a report within fourteen (14) days of such mediation indicating the outcome of such mediation.

IT IS SO ORDERED, this the __18__ day of July, 2014.

*[signature: Terrence Boyle]*
HONORABLE TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE